

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00549-CV

**IN THE INTEREST OF J.I.P.**, A.R.P., S.R.P., I.S.P., and F.A.P., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02732
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 7, 2021.

_____
Lori I. Valenzuela, Justice